DONNA MACDONOUGH, Appellant, *v.* JAMES MACDONOUGH, Respondent.

(Argued October 8, 1934; decided October 23, 1934.)

*Edward J. Bennett* and *Francis B. Delehanty, Jr.,* for appellant.

*Paul L. Bleakley* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and LOUGHRAN, JJ. CRANE and CROUCH, JJ., dissent and vote to reverse as to the counterclaim. Not voting: LEHMAN, J.